**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1283

LARRY C. WEST,

Plaintiff - Appellant,

versus

G. C. WALL, Detective, Homicide Squad of the
Norfolk Police Department,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (2:06-cv-00640-RAJ)

Submitted: September 5, 2007     Decided: September 18, 2007

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Larry C. West, Appellant Pro Se. Bernard Anthony Pishko, Melvin Wayne Ringer, CITY ATTORNEY'S OFFICE, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry C. West appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. West v. Wall, No. 2:06-cv-00640-RAJ (E.D. Va. Mar. 19, 2007). We deny West's motions for general relief and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED